**97–425.   Sandusky Mall Co. v. Pet Corner, Inc.**
Mahoning App. No. 95 C.A. 28.   This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–701.   Beeghly v. Tracy.**
Board of Tax Appeals, No. 95–K–1310.   This cause is pending before the court as an appeal from the Board of Tax Appeals.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, June 5, 1997*

## DISCIPLINARY DOCKET

**95–376.   Columbus Bar Assn. v. Elsass.**
This matter is before the court upon respondent's motion for relief pursuant to Ohio Civil Rule 60(B) and relator's motion to strike or dismiss respondent's motion.   Upon consideration thereof,

IT IS ORDERED by this court that the motion for relief pursuant to Ohio Civil Rule 60(B) be, and is, hereby dismissed without a hearing.

F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, Acting C.J., would grant the motion to strike.

RESNICK, J., would deny the motion for relief.

MOYER, C.J., not participating.